AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| DARWIN LESHER | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:09-cv-00578-JAS |
| LAW OFFICES OF MITCHELL N. KAY, P.C. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Darwin N. Lesher recover from the defendant *(name)* Law Offices of Mitchell N. Kay, P.C. the amount of One Thousand dollars ($ 1,000.00 ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ___ recover costs from the plaintiff *(name)* ___.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge ___ presiding, and the jury has rendered a verdict.

☐ tried by Judge ___ without a jury and the above decision was reached.

☑ decided by Judge J. Andrew Smyser on a motion for summary judgment

Date: 06/29/2010

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*